## 47154. WYNN v. THE STATE.

PER CURIAM. This court's previous judgment in 127 Ga. App. 463 (194 SE2d 124), is vacated and the judgment

of the Supreme Court in *Wynn v. State,* 230 Ga. 202, is hereby made the judgment of this court.

*Judgment reversed. All the Judges concur.*

DECIDED MARCH 16, 1973.

*Calhoun & Kernaghan, William C. Calhoun,* for appellant.

*R. William Barton, District Attorney,* for appellee.